

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

PHILIP R. DePAUL
Senior Counsel
phone: (212) 356-2413
fax: (212) 356-3509
email: pdepaul@law.nyc.gov

April 21, 2016

**BY E.C.F.**
Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   Watkins v. City of New York, et al., 14 Civ. 0887 (JMF)
      Field a/k/a Glisson v. City of New York, et al., 14 Civ. 1378 (JMF)
      Cosme v. City of New York, et al., 14 Civ. 1653 (JMF)
      Perez v. City of New York, et al., 14 Civ. 1654 (JMF)
      Ayers v. City of New York, et al., 14 Civ. 1655 (JMF)

Your Honor:

      I am a Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and one of the attorneys assigned to the defense of the above-referenced matters. I write respectfully to inform the Court that the parties have reached agreement to settle these cases.

      The parties in Cosme, Perez, and Ayers have executed all paperwork necessary to effectuate the settlement. The Stipulations and Orders of Dismissal for those cases were forwarded to the Orders and Judgments Clerk for the Court's endorsement earlier today. The parties in Watkins and Field have agreed on settlements in principle, and defendants have forwarded the necessary settlement paperwork to plaintiffs.

      In light of the settlement agreements, defendants request that the Court adjourn all deadlines for motion practice set forth in the Court's Order dated March 2, 2016 *sine die*. In the unlikely event that the parties in either Watkins or Field are unable to finalize the terms of their

settlement, we will promptly write to inform the Court.

Defendants thank the Court for its time and consideration of these matters.

Respectfully submitted,

Philip R. DePaul
Senior Counsel
Special Federal Litigation Division

cc:   All Counsel in the Consolidated Cases (by E.C.F.)

2